UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **FOREST DOUGLAS, JR.,** | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:15-cv-01243-JAR |
| **PROCOLLECT, INC.,** | ) ) ) |
| Defendant. | ) |

### ORDER OF DISMISSAL

Based on the Notice of Voluntary Dismissal (Doc. 9),

**IT IS HEREBY ORDERED** that this case is **DISMISSED with prejudice** with each party to bear their own costs.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**

Dated this 28th day of December, 2015.